# ALABAMA COURT OF CRIMINAL APPEALS



September 19, 2025

**CR-2023-0952**
Tremayne Files v. State of Alabama (Appeal from Mobile Circuit Court: CC-18-5592 and CC-18-5593)

## <u>NOTICE</u>

You are hereby notified that on September 19, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk